**Edward S. COHEN, petitioner, v.
Hilda DE LA CRUZ, et al.
No. 96–1923.**

Supreme Court of the United States.

Nov. 17, 1997.

Motion of petitioner Edward Cohen to dispense with printing the joint appendix granted.